UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | ED CV 17-0476 JCG | Date | July 5, 2017 |
|---|---|---|---|
| Title | Stephen Finn v. Nancy A. Berryhill, Acting Commissioner of Social Security | | |

| Present: The Honorable | Jay C. Gandhi, United States Magistrate Judge | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

None Appearing  None Appearing

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND/OR COMPLY WITH COURT ORDERS**

On March 16, 2017, the Court issued its "Order re: Procedures in Social Security Appeal" ("Order"). [Dkt. No. 7.] Therein, the Court ordered Plaintiff to send a settlement proposal to Defendant by e-mail within fourteen days from service of the administrative record. (*Id*. at 1.) According to the Order, "[i]f Plaintiff fails to comply with [its terms], government counsel may file a brief notice of noncompliance, to inform the Court of the status of the action. The Court will consider a full range of remedial actions for violative conduct." (*Id*. at 2.)

Here, on June 15, 2017, Defendant served the administrative record on Plaintiff. [*See* Dkt. No. 12.] On June 30, 2017, after not receiving Plaintiff's settlement proposal, Defendant emailed Plaintiff's counsel and advised counsel regarding the settlement proposal, and informed counsel that Defendant would file a notice of noncompliance. [*See* Dkt. No. 13.] On the same day, Defendant filed a Notice of Non-Receipt of Plaintiff's Settlement. (*Id*.)

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, a district court may *sua sponte* dismiss an action for failure to prosecute or failure to comply with a court order. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-32 (1962).

Accordingly, within **fourteen days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to comply with a court order and/or prosecute. **Plaintiff shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 17-0476 JCG | Date | July 5, 2017 |
|---|---|---|---|
| Title | *Stephen Finn v. Nancy A. Berryhill, Acting Commissioner of Social Security* | | |

**Plaintiff is warned that his failure to timely respond to this Order may result in the dismissal of this action for failure to prosecute and/or failure to comply with court orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

*It is so ordered.*

cc: Parties of Record

                                                              00 : 00

Initials of Clerk          kh